## Michael J. Collins et al., Appellants, v. Chicago Title & Trust Company et al., Appellees.

### Gen. No. 23,135.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. FRED-ERICK A. SMITH, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed December 21, 1917.

### Statement of the Case.

Bill by Michael J. Collins and others as and comprising the Board of Education of the City of Chicago, complainants, against Chicago Title & Trust Company and others, defendants, to have certain appraisements of complainants' property modified or set aside. From a decree in favor of defendants, complainants appeal.

See a prior opinion, *Collins v. McVickers Theater Co.,* 207 Ill. App. 240, which is controlling as to the points of law involved. See also, *Collins v. Crilly, ante,* p. 209, and *Collins v. Macey Securities Co., post,* p. 212.

ANGUS ROY SHANNON, for appellants; CHAUNCEY M. MILLAR and JOHN E. FOSTER, of counsel.

MUSGRAVE, OPPENHEIM & LEE, for appellees.

MR. JUSTICE McDONALD delivered the opinion of the court.

### Abstract of the Decision.

LANDLORD AND TENANT, § 293*—*when tenants not required to pay into court amounts admitted to be due under appraisement.* Motion by complainants to require defendant tenants to pay into

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

court certain amounts admitted in defendants' answers to be due under appraisements made, *held* properly denied, in a suit to modify or set aside the appraisement, where defendants had tendered to complainants the respective amounts of rent due as fixed by the appraisements and which complainants repeatedly refused to accept, and the object of the bill of complaint was to modify or set aside the appraisements on which the rent was based and not to recover the rent thereunder.